**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**JOYCE A JONES,**

      Plaintiff**,**

**v.**                                                             **CASE NO. 3:05-cv-240-J-16MMH**

**COMMUNITY NEWSPAPERS, INC, a
South Carolina corporation d/b/a Palatka
Daily News,**

      Defendant.
_____/

**O R D E R**

Before the Court is Plaintiff's Motion for Reconsideration of Court's Order Granting Summary Judgment (Dkt #60) filed on September 5, 2006.  After reviewing this motion and due consideration, the Court finds that the Plaintiff's arguments are without merit.

Plaintiff alleges two grounds for this motion.  One is that the Court concluded that the statement in question was not "of or concerning Jones Trucking".  In actuality, the Court concluded that the statement was not "of or concerning Joyce Jones", the Plaintiff.  Having reached this determination, Plaintiff failed to meet the first element of a defamation action as defined in Thomas v Jacksonville Television, Inc., 699 So2d 800 (1997).

Secondly, Plaintiff alleges that the Court improperly failed to consider the entire article substituting its limited interpretation of one sentence for that of the trier of fact.  The Court stated in its order granting summary judgment that "even in the broadest interpretation of this article defamation against the Plaintiff cannot be found". While scrutiny was given to the one sentence mentioning Jones Trucking, the entire article was analyzed in its entirety.

The Court hereby affirms it Order granting Defendant's Motion for Summary Judgment thereby **DENYING** Plaintiff's Motion for Reconsideration.

**DONE AND ORDERED** at Jacksonville, Florida, this __12th__ of September, 2006

_____
JOHN H. MOORE II
United States District Judge

c:	Counsel of Record